No. 94–8056. TSIMBIDAROS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 94–8057. SMITHSON-BEY v. PRUITT ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8077. HILLS v. UNITED STATES;
No. 94–8108. ZIDOR v. UNITED STATES;
No. 94–8124. McCOY v. UNITED STATES; and
No. 94–8133. SANDERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8078. GUION v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8092. GLENDORA v. DUBERSTEIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8101. ODOM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8107. ALANIZ-ALANIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8109. ALBERTO CUARTAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8113. TURNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8115. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–8117. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8118. PLATERO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8119. ROBINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8123. POLLARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.